UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-643 |
| | § | |
| NOE GARZA JR | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear. The evidence against the defendant meets the probable cause standard. The defendant was on probation at the time of the commission of the instant offense and the state probation office is seeking a warrant. Additionally, in the prior case, the defendant failed to appear for court settings. Therefore, the defendant has shown that he is either unwilling or unable to comply with court ordered supervision. However, the pending warrant involves a misdemeanor offense and counsel for defendant may file a motion to reopen the detention hearing if the matter of the warrant is resolved. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of June, 2017.

_____
Jason B. Libby
United States Magistrate Judge